**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

           Plaintiff,

           v.

**JOSE LUIS ZAMBRANO, ET AL.**

           Defendant.

CR NO: 1:17-CR-00164 LJO SKO (001)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | JOSE LUIS ZAMBRANO |
| Detained at: | Lerdo Pre-Trial Facility, CA |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: SEE ATTACHMENT "A" FOR LIST OF CHARGES
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ BRIAN K. DELANEY |
| Printed Name & Phone No: | BRIAN K. DELANEY (661) 489-6150 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 25, 2017

/s/ *Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | SO2184598 | DOB: | 01/28/84 |
| Facility Address: | 17695 Industrial Farm Rd, Bakersfield | Race: | White/Latino |
| Facility Phone: | (661) 391-7900     CA 93308 | FBI#: | 349977EE6 |
| Currently | | | |

## RETURN OF SERVICE

Executed _____

_____
(signature)

# ATTACHMENT A

## Charges re Jose Luis Zambrano

21 U.S.C. §§846 & 841(A)(1) – Conspiracy To Distribute And Possess With Intent To Distribute Methamphetamine And Heroin [Count 1]

21 U.S.C. §§ 841(A)(1) Distribution Of Heroin [Count 2]

21 U.S.C. § 841(A)(1) Possession With Intent To Distribute Methamphetamine [Count 4]

18 U.S.C. § 924(C)(1)(A) Possession Of A Firearm In Furtherance Of A Drug Trafficking Crime [Counts 8,10]

21 U.S.C. §§ 853, 881(A), 881(A)(6) - Criminal Forfeiture