PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS ZAMBRANO,<br><br>Defendant. | CASE NO. 1:17-CR-00164-JLT-SKO<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 31, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant was arraigned on May 20, 2022.

2. By previous order, this matter was set for a status conference on May 31, 2023.

3. By this stipulation, defendant now moves to continue the status conference until September 6, 2023, and to exclude time between May 31, 2023, and September 6, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

    a) Recently, the government has produced over 3,000 pages of additional discovery to the defense amounting to 36,315 pages or marked items of Bates-stamped discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection

and copying.

      b)     On May 10, 2023, the government also sent a new plea offer to defense counsel for review with his client.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, review of the plea offer and further plea negotiations, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 31, 2023 to September 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: May 23, 2023                              PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ KAREN A. ESCOBAR
                                                 KAREN A. ESCOBAR
                                                 Assistant United States Attorney

Dated: May 23, 2023                              /s/ NICHOLAS F. REYES
                                                 NICHOLAS F. REYES
                                                 Counsel for Defendant
                                                 JOSE LUIS ZAMBRANO

**ORDER**

IT IS SO ORDERED.

DATED: 5/25/2023                                 *Sheila K. Oberto*
                                                 THE HONORABLE SHEILA K. OBERTO
                                                 UNITED STATES MAGISTRATE JUDGE