PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS ZAMBRANO,<br><br>Defendant. | CASE NO. 1:17-CR-00164-JLT-SKO<br><br>STIPULATION REGARDING TRIAL SETTING AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 11, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set by U.S. Magistrate Judge Sheila K. Oberto for trial on April 11, 2024.

2. The parties were later advised that the Court is unavailable April 2, 2024, to April 17, 2024.

3. By this stipulation, defendant now moves to vacate the trial date, set the matter for trial on April 23, 2024, and exclude time between April 11, 2024, and April 23, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced approximately 36,315 pages or marked items of

Bates-stamped discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) On May 10, 2023, the government also sent a new plea offer to defense counsel for review with his client.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, review of the plea offer and further plea negotiations, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 11, 2024 to April 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

     IT IS SO STIPULATED.

Dated:  September 6, 2023
                  PHILLIP A. TALBERT
                  United States Attorney

                  /s/ KAREN A. ESCOBAR
                  KAREN A. ESCOBAR
                  Assistant United States Attorney

Dated:  September 6, 2023
                  /s/ NICHOLAS F. REYES
                  NICHOLAS F. REYES
                  Counsel for Defendant
                  JOSE LUIS ZAMBRANO

**ORDER**

     IT IS SO FOUND.

IT IS SO ORDERED.

    Dated:  **September 7, 2023**

UNITED STATES DISTRICT JUDGE