1 | PHILLIP A. TALBERT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5 |

6 | Attorneys for Plaintiff
United States of America
7 |

8 |

IN THE UNITED STATES DISTRICT COURT

9 |

EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,

CASE NO.  1:17-CR-00164-JLT-SKO

12 |                                   Plaintiff,

STIPULATION REGARDING VACATING TRIAL DATE; ORDER

13 |                         v.

14 | JOSE LUIS ZAMBRANO,

15 |                                   Defendant.

16 |

17 |                          **STIPULATION**

18 |         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 | through defendant's counsel of record, hereby stipulate as follows:

20 |         1.        By previous order, this matter was set for trial on April 23, 2024, and time was excluded

21 | through April 23, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

22 |         2.        The parties agree and stipulate, and request that the Court find the following:

23 |                 a)        The parties have entered into a plea agreement, which has been filed.  A change

24 |         of plea is scheduled for March 4, 2024.

25 |                 b)        In light of this agreement, the parties agree to vacate the April 23, 2024, trial date.

26 | / / /

27 | / / /

28 | / / /

STIPULATION

1

1          IT IS SO STIPULATED.

2

3     Dated:  February 21, 2024                    PHILLIP A. TALBERT
                                                   United States Attorney
4

5                                                  /s/ KAREN A. ESCOBAR
                                                   KAREN A. ESCOBAR
6                                                  Assistant United States Attorney

7

8     Dated:  February 21, 2024                    /s/ NICHOLAS F. REYES
                                                   NICHOLAS F. REYES
9                                                  Counsel for Defendant
                                                   JOSE LUIS ZAMBRANO
10

11                                    **ORDER**

12

13    IT IS SO ORDERED.

14       Dated:   **February 22, 2024**

15                                                  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION                                    2