PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00164-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| JOSE LUIS ZAMBRANO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 17, 2024.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The parties would like additional time to submit informal objections and have agreed to sentencing on August 26, 2024, at 9:00 a.m. The probation officer has also agreed to reset the presentence schedule.

///

///

///

///

1     IT IS SO STIPULATED.

3  Dated:  May 29, 2024     PHILLIP A. TALBERT
                                               United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  May 29, 2024     /s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendant
JOSE LUIS ZAMBRANO

**ORDER**

IT IS SO ORDERED.

   Dated:  **May 29, 2024**

UNITED STATES DISTRICT JUDGE